**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SIERRA CLUB,                )<br>                                      )<br>    Plaintiff,               )<br>                                      )<br>    v.                          )<br>                                      )<br>                                      )<br>UNITED STATES ENVIRONMENTAL  )<br>PROTECTION AGENCY and        )<br>LISA P. JACKSON, Administrator,  )<br>United States Environmental Protection )<br>Agency,                       )<br>                                      )<br>    Defendants.            )<br>_____) | Case No.: 1:10-CV-01541-CKK |

**JOINT MOTION FOR PARTIAL STAY**

The Parties hereby jointly move for a partial stay of one part of one of Plaintiff's claims—that EPA failed to promulgate a Federal Implementation Plan ("FIP") for the State of Texas that meets the requirements of CAA Section 110(a)(2)(D)(i)(I) for the 1997 fine particulate matter ("PM2.5") and ozone National Ambient Air Quality Standards ("NAAQS"). In support of the Parties' motion, the Parties represent that:

1. Sierra Club ("Plaintiff") filed a Complaint on September 14, 2010, under the CAA citizen suit provision, 42 U.S.C. § 7604(a)(2).

2. The Complaint alleges that EPA failed to carry out nondiscretionary duties under sections 110(c) and (k) of the CAA, 42 U.S.C. § 7410(c), (k) to: (1) promulgate a FIP for the State of Texas that meets the requirements of CAA section 110(a)(2)(D)(i) for the 1997 PM2.5 and ozone NAAQS; (2) promulgate a FIP for the State of Texas that meets the requirements of the remaining applicable provisions of CAA section 110(a)(2) for the 1997 ozone NAAQS; and (3) take final approval or disapproval action pursuant to CAA section 110(k)(3) on the state

implementation plan ("SIP") that Texas submitted for implementation of the 1997 PM2.5 NAAQS.

3. The Parties have negotiated a Partial Consent Decree that, if finalized and entered by the Court after notice and comment pursuant to CAA section 113(g), 42 U.S.C. § 7413(g), will resolve most of Plaintiff's claims. *See* Defendants' Motion to Lodge Consent Decree, Exhibit A. Only one part of Plaintiff's first claim is not addressed by the Partial Consent Decree—Plaintiff's allegation that EPA failed to promulgate a FIP for the State of Texas that meets the requirements of CAA section 110(a)(2)(D)(i)(I) for the 1997 PM2.5 and ozone NAAQS.

4. The preamble of EPA's recently-promulgated Cross-State Air Pollution Rule ("CSAPR"), 76 Fed. Reg. 48,208 (Aug. 8, 2011), states that CSAPR "quantifies reductions that are necessary but may not be sufficient to satisfy the requirements of 110(a)(2)(D)(i)(I) with respect to the 1997 ozone NAAQS . . . [for] Texas." *Id.* at 48,210.

5. CSAPR has been challenged in a petition for review brought in the D.C. Circuit Court of Appeals under CAA section 307, 42 U.S.C. § 7607.

6. The Parties request that, upon entry of the Consent Decree, the Court stay all proceedings with respect to Plaintiff's claim that EPA has failed to promulgate a FIP that meets the requirements of CAA section 110(a)(2)(D)(i)(I) for the 1997 PM2.5 and ozone NAAQS until the D.C. Circuit Court of Appeals decides the petition for review, and any others that may be filed challenging CSAPR, at which time the parties will file a joint status report and motion for further proceedings.

Respectfully submitted,

|  |  |
|---|---|
|  | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| Dated: September 13, 2011 | /s/  *Stephanie J. Talbert*<br>STEPHANIE J. TALBERT<br>Trial Attorney<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 23986<br>Washington, D.C. 20026-3986<br>Tel:  (202) 514-2617<br>Fax:  (202) 514-8865<br>Stephanie.talbert@usdoj.gov |
|  | /s/ *Khushi K. Desai*<br>KHUSHI K. DESAI<br>DAVID S. BARON<br>EARTHJUSTICE<br>1625 Massachusetts Ave., NW, Suite 702<br>Washington, DC 20036<br>Tel: (202) 667-4500<br>Fax: (202) 667-2356<br>kdesai@earthjustice.org<br>dbaron@earthjustice.org |

**CERTIFICATE OF SERVICE**

   I hereby certify that I electronically filed the foregoing JOINT MOTION FOR PARTIAL STAY with the clerk of the court for the United States District Court for the District of Columbia using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record:

Khushi K. Desai
David S. Baron
1625 Massachusetts Avenue, NW
Suite 702
Washington , DC 20036

               /S/ *Stephanie J. Talbert*
              STEPHANIE J. TALBERT