IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY and )<br>LISA P. JACKSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendants. )<br>_____) | Case No.: 1:10-CV-01541-CKK<br><br><br>ORDER |

Having received the parties' JOINT MOTION FOR PARTIAL STAY on September 13, 2011, the Court hereby grants such motion. Plaintiff's claim that EPA has failed to promulgate a Federal Implementation Plan that meets the requirements of CAA section 110(a)(2)(D)(i)(I) for the 1997 PM2.5 and ozone National Ambient Air Quality Standards is stayed until the United States Court of Appeals for the D.C. Circuit decides all petitions for review challenging the Cross-State Air Pollution Rule, at which time the parties shall file a joint status report and motion for further proceedings.

So ordered.

Dated: 9/13/11

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge